IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

HUMANSCALE CORP.,

    Plaintiff/Counterclaim Defendant,

v.

COMPX INTERNATIONAL INC. and
WATERLOO FURNITURE COMPONENTS
LTD.,

    Defendants/Counterclaim Plaintiffs.

Action No. 3:09-CV-86

## VERDICT FORM

### INFRINGEMENT

1. Do you find that CompX has proven that it is more likely than not that one or more of Humanscale's products infringe claim 1 of the '054 Patent?

    Check one: YES ✓. NO ___.

2. Do you find that CompX has proven that it is more likely than not that one or more of Humanscale's products infringe claim 5 of the '054 Patent?

    Check one: YES ✓. NO ___.

3. Do you find that CompX has proven that it is more likely than not that one or more of Humanscale's products infringe claim 8 of the '054 Patent?

    Check one: YES ✓. NO ___.

4. Do you find that CompX has proven that it is more likely than not that one or more of Humanscale's products infringe claim 4 of the '767 Patent?

    Check one: YES ✓. NO ___.

5. Do you find that CompX has proven that it is more likely than not that one or more

of Humanscale's products infringe claim 13 of the '767 Patent?

Check one: YES ✓. NO ___.

**VALIDITY**

6. Do you find that Humanscale has proven by clear and convincing evidence claim 1 of the '054 Patent is invalid?

    Check one: YES ___. NO ✓.

7. Do you find that Humanscale has proven by clear and convincing evidence claim 5 of the '054 Patent is invalid?

    Check one: YES ___. NO ✓.

8. Do you find that Humanscale has proven by clear and convincing evidence claim 8 of the '054 Patent is invalid?

    Check one: YES ___. NO ✓.

9. Do you find that Humanscale has proven by clear and convincing evidence claim 4 of the '767 Patent is invalid?

    Check one: YES ___. NO ✓.

10. Do you find that Humanscale has proven by clear and convincing evidence claim 13 of the '767 Patent is invalid?

    Check one: YES ___. NO ✓.

**ON-SALE BAR**

11. Do you find that Humanscale has proven by clear and convincing evidence that the Waterloo 6100 Series of products were on sale prior to June 13, 1989?

    Check one: YES ___. NO ✓.

**LACHES**

12. Do you find it is more likely than not that CompX unreasonably delayed without justification in bringing this lawsuit?

   Check one: YES ____.  NO ✓.

13. Do you find that as a result of that delay, Humanscale suffered economic or evidentiary prejudice?

   Check one: YES ____.  NO ✓.

**DAMAGES**

14. What sum of money, if any, do you find is adequate as a reasonable royalty to compensate CompX for the conduct you found to infringe from March 27, 2003 through the day before this suit was filed, March 27, 2009?

   $ 17,220,000.00

15. What sum of money, if any, do you find is adequate as a reasonable royalty to compensate CompX for the conduct you found to infringe from the date this suit was brought (March 27, 2009, through December 31, 2009.

   $ 2,152,500.00

**FUTURE ROYALTIES**

16. If you find that Humanscale infringed one or more claims of the '054 or '767 patent and that those patents claims are valid, what is the reasonable royalty percentage to be awarded to CompX for sales by Humanscale from January 1, 2010 until the '054 and '767 Patents expire?

   6 %

Dated: February 25, 2010