IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| HUMANSCALE CORPORATION,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>COMPX INTERNATIONAL INC. AND<br>WATERLOO FURNITURE<br>COMPONENTS LIMITED,<br><br>      Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:09-cv-86 (JRS) |

**COMPX'S MOTION FOR ENTRY OF JUDGMENT ON THE JURY'S VERDICT
AND FOR AWARD OF PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

    Counter-Plaintiffs CompX International, Inc. and Waterloo Furniture Components Limited d/b/a CompX Waterloo (together, "CompX"), by counsel, pursuant to Fed. R. Civ. P. 58, hereby move the Court for entry of judgment on the jury's verdict [Docket No. 249], and for an award of pre-judgment interest pursuant to 35 U.S.C. § 284 and post-judgment interest pursuant to 28 U.S.C. § 1961. A proposed judgment is attached hereto as Exhibit A.

                                                           Respectfully submitted,

                                                           COMPX INTERNATIONAL INC. and
                                                           WATERLOO FURNITURE
                                                           COMPONENTS LIMITED
                                                           d/b/a COMPX WATERLOO

Dated: March 15, 2010                                             By:_____/s/_____
                                                                                 M. F. Connell Mullins, Jr. (VSB No. 47213)
                                                                                 Email: cmullins@spottsfain.com
                                                                                 Dana D. McDaniel (VSB No. 25419)
                                                                                 E-mail: dmcdaniel@spottsfain.com
                                                                                 SPOTTS FAIN PC
                                                                                 411 East Franklin Street, Suite 600
                                                                                 Richmond, Virginia 23219
                                                                                 Telephone: (804) 697-2000
                                                                                 Facsimile: (804) 697-2100

Frederic M. Meeker (VSB No. 34471)
Email: fmeeker@bannerwitcoff.com
Christopher B. Roth (VSB No. 44499)
Email: croth@bannerwitcoff.com
Stephanie L. Knapp (*admitted pro hac vice*)
Email:  sknapp@bannerwitcoff.com
BANNER & WITCOFF, LTD.
1100 13th Street, N.W., 12th Floor
Washington, DC 20005-4051
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Attorneys for CompX International Inc. and
Waterloo Furniture Components Limited
d/b/a CompX Waterloo

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Munford Page Hall II, Esq.
>Email: hall@adduci.com
>Andrew F. Pratt, Esq.
>Email: pratt@adduci.com
>Katherine R. Lahnstein-Bertocci, Esq.
>Email: lahnstein-bertocci@adduci.com
>Adduci Mastriani & Schaumberg LLP
>1200 Seventeenth Street, N.W., 5th Floor
>Washington, DC 20036
>Tel. (202) 467-6300
>Fax: (202) 466-2006
>Attorneys for Plaintiff Humanscale Corporation
>
>Brian C. Riopelle, Esq.
>Email: briopelle@mcguirewoods.com
>McGuireWoods LLP
>One James Center
>901 E. Cary Street
>Richmond, VA 23219-4030
>Tel. (804) 775-1084
>Fax: 804) 698-2150
>Attorney for Plaintiff Humanscale Corporation

>                /s/
>M. F. Connell Mullins, Jr. (VSB No. 47213)
>Email: cmullins@spottsfain.com
>Attorney for CompX International Inc. and
>Waterloo Furniture Components Limited
>d/b/a CompX Waterloo
>SPOTTS FAIN PC
>411 East Franklin Street, Suite 600
>Richmond, Virginia  23219
>Telephone: (804) 697-2000
>Facsimile:  (804) 697-2100