IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

HUMANSCALE CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

COMPX INTERNATIONAL INC. AND
WATERLOO FURNITURE
COMPONENTS LIMITED,

    Defendants/Counterclaim Plaintiffs.

Civil Action No. 3:09-cv-86

## JUDGMENT IN A CIVIL CASE

This action was tried by a jury with Chief United States District Judge James R. Spencer presiding, and the jury has returned a verdict. It is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1)     That the Counterclaim Plaintiffs CompX International, Inc. and Waterloo Furniture Components Limited (together herein as "CompX") have proven by a preponderance of the evidence that the following products of Humanscale Corporation ("Humanscale") directly infringe claims 1, 5, and 8 of U.S. Patent No. 5,037,054 (the "'054 Patent"): 2C, 2G, 3C, 3G, 4G, 4G-AD, 5G, 5G-SM, KM, DS (also known as DP) (the "Infringing Products").

(2)     That CompX has proven by a preponderance of the evidence that the Infringing Products directly infringe claims 4 and 13 of U.S. Patent No. 5,257,767 (the "'767 Patent").

(3)     That Humanscale failed to prove by clear and convincing evidence that the '054 and '767 Patents are invalid.

1

(4) That Humanscale failed to prove an on-sale bar by clear and convincing evidence pursuant to 35 U.S.C. § 102(b).

(5) That Humanscale proved by a preponderance of the evidence that CompX unreasonably delayed, without justification, in pursuing its infringement claims in this lawsuit.

(6) That Humanscale failed to prove by a preponderance of the evidence that it suffered economic or evidentiary prejudice as a result of any delay by CompX in pursuing its infringement claims in this lawsuit.

(7) That CompX is hereby awarded a reasonable royalty as compensation for Humanscale's infringement of the '054 and '767 Patents in the amount of $20,001,951.41 for the period from March 27, 2003 through June 13, 2010.

(8) That pursuant to 28 U.S.C. § 1961, CompX is entitled to post-judgment interest on the full amount of the judgment, at the statutory rate, from the date hereof, until paid.

Let the Clerk send a copy of this Judgment to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this  8th  day of October 2010