IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



HUMANSCALE CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

CoMpX INTERNATIONAL INC. AND
WATERLOO FURNITURE
COMPONENTS LIMITED,

    Defendants/Counterclaim Plaintiffs.

Civil Action No. 3:09-cv-86 (JRS)

## FINAL JUDGMENT

This Court entered its Judgment in a Civil Case [Dkt. No. 347] on October 8, 2010, and all remaining claims have been dismissed with prejudice pursuant to a Rule 41(a)(1)(A)(ii) Stipulation of Dismissal filed on October 18, 2010.

Accordingly, all claims that have been asserted in this case have been adjudicated, and the Court hereby enters this FINAL JUDGMENT.

IT IS SO ORDERED.

Date: 10-19-10

                                       /s/
                              James R. Spencer
                              Chief United States District Judge

WE ASK FOR THIS:

_____
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for CompX International Inc. and
Waterloo Furniture Components Limited*

_____
Brian C. Riopelle (VSB No. 36454)
Email: briopelle@mcguirewoods.com
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219-4030
Tel. (804) 775-1084
Fax: 804) 698-2150
*Counsel for Humanscale Corporation*

2